# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDRE COLELLA, et al.,

    Plaintiffs,

v.

STATE FARM FIRE & CASUALTY COMPANY,

    Defendant.

CIVIL ACTION

No. 09-cv-2221

## **ORDER**

AND NOW, this 30th day of March, 2010, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 13), and responses thereto (Doc. Nos. 14, 15, 16), for reasons set forth in the attached Memorandum, the Court GRANTS summary judgment in favor of Defendant.

BY THE COURT:

s/J. Curtis Joyner

J. CURTIS JOYNER, J.